# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ramar Dion Benjamin Crump, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00133-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Mecklenburg County Detention Center Officers et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2023 Order.

August 28, 2023

Katherine Hord Simon, Clerk
United States District Court